JAMES S. TERRELL (SBN #170409)
15411 Anacapa Road
Victorville, California 92392
Telephone: (760) 951-5850
Fax: (760) 952-1085
e-mail: jim@talktoterrell.com

SHARON J. BRUNNER, (SBN: 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Fax: (760) 843-8155
e-mail: sharonjbrunner@yahoo.com

*Attorneys for Plaintiff*

HEIDI K. WILLIAMS (CA State Bar No. 297428)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 N. Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
e-mail: heidi.williams@cc.sbcounty.gov

Attorneys for Defendants
Sgt. James Porter, Deputy J. Casey,
and Deputy Sean Tabor

# IN THE UNITED STATES DISTRCT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN ARRONA and STEVE ARONA

        Plaintiffs,

  vs.

COUNTY OF SAN BERNARDINO, SGT. JAMES PORTER, DEPUTY J. CASEY, DEPUTY SEAN TABOR, and DOES 1-10 inclusive,

        Defendants.

Case No. 5:21-cv-00389-DSF-KK

Hon. District Judge Dale S. Fischer

**JOINT [PROPOSED] SPECIAL VERDICT FORMS**

WE, THE JURY in the above-entitled cause, unanimously find on the following question submitted to us:

**VERDICT FORM #1:**

We, the jury find as follows:

**QUESTION 1:**

Did Defendant James Porter use excessive or unreasonable force on Steven Arrona?

           YES_____    NO_____

**QUESTION 2:** Was the use of excessive or unreasonable force by defendant James Porter a substantial factor in causing Steven Arrona harm?

           YES_____    NO_____

*Please sign and date Verdict Form No. 1 and return it the Court.*

Dated: _____.          _____
                        Jury Foreperson

# VERDICT FORM #2:

We, the jury find as follows:

## QUESTION 1:

Did Defendant James Porter use excessive or unreasonable force on Kevin Arrona?

              YES\_\_\_\_  NO_____

**QUESTION 2:** Was the use of excessive or unreasonable force by defendant James Porter a substantial factor in causing Kevin Arrona harm?

              YES\_\_\_\_  NO_____

*Please sign and date Verdict Form No. 2 and return it the Court.*

Dated: _____.        _____
                       Jury Foreperson

# VERDICT FORM #3:

We, the jury find as follows:

## QUESTION 1:

Did Defendant Sean Tabor use excessive or unreasonable force on Kevin Arrona?

               YES\_\_\_\_\_    NO_____

## QUESTION 2:  Was the use of excessive or unreasonable force by defendant Sean Tabor a substantial factor in causing Kevin Arrona harm?

               YES\_\_\_\_\_    NO_____

*Please sign and date Verdict Form No. 3 and return it the Court.*

Dated: _____.         _____
                        Jury Foreperson

# VERDICT FORM #4:

We, the jury find as follows:

## QUESTION 1:

Did Defendant Jeffrey Casey use excessive or unreasonable force on Kevin Arrona?

                                         YES_____     NO_____

**QUESTION 2:** Was the use of excessive or unreasonable force by defendant Jeffrey Casey a substantial factor in causing Kevin Arrona harm?

                                         YES_____     NO_____

*Please sign and date Verdict Form No. 4 and return it the Court.*

Dated:     _____.                    _____
                                                                           Jury Foreperson

# **VERDICT FORM #5:**

*If you answered "Yes" on Question 2 on Verdict Form No. 3 or "Yes" on Question 2 on Verdict No. 4, please answer the questions on this Verdict Form No.5. If not, please leave the questions on this form blank, sign and date Verdict Form No. 5 and return it to Court.*

We, the jury find as follows:

**QUESTION 1:** Did Defendant Sergeant Porter fail to intervene on Defendant Sean Tabor and/or Defendant Jeffrey Casey's use of excessive force on Plaintiff Kevin Arrona?

YES\_\_\_\_\_     NO_____

*Please sign and date Verdict Form No. 5 and return it the Court.*

Dated: _____.              _____
                                                        Jury Foreperson

# VERDICT FORM #6:

We, the jury, find as follows:

*If you answered "Yes" to question 2 on Verdict Form No. 1, "Yes" on Question 2 on Verdict Form No. 2, "Yes" on Question 2 on Verdict No. 3, "Yes" on Question 2 on Verdict No. 4, or "Yes" on Question 1 on Verdict No. 5, please answer the questions on this Verdict Form No. 6. If not, please leave the questions on this form blank, sign and date Verdict Form No. 6 and return it to Court.*

## QUESTION 1:

What are Plaintiff Kevin Arrona's damages?

$_____

## QUESTION 2:

Was the conduct of defendant Porter, Casey, or Tabor malicious, oppressive, or in reckless disregard of Plaintiff Kevin Arrona's Fourth Amendment rights?

Sergeant James Porter     YES\_\_\_\_\_   NO_____

Deputy Sean Tabor      YES\_\_\_\_\_   NO_____

Deputy Jeffery Casey      YES\_\_\_\_\_   NO_____

*If you answered "Yes" to Question 2 for any defendant, please proceed to Question 3. If you answered "No" to Question 2 for any defendants, skip Question 3 and 4 please sign, date, and return Verdict Form No. 6.*

## QUESTION 3:

If you answered "yes" to Question 2 for any defendant, what amount of punitive damages to reward against him?

Sergeant James Porter $_____

Deputy Sean Tabor $_____

Deputy Jeffery Casey $_____

## QUESTION 4:

*If you answered "Yes" to Question 1 on Verdict Form 5, what are Kevin Arrona's damages for Sgt. Porter's failure to intervene?*

$_____

*Please sign and date Verdict Form No. 6 and return it the Court.*

Dated: _____.                              _____
                                                             Jury Foreperson

# VERDICT FORM #7:

We, the jury, find as follows:

*If you answered "Yes" to question 2 on Verdict Form No. 1, "Yes" on Question 2 on Verdict Form No. 2, "Yes" on Question 2 on Verdict No. 3, "Yes" on Question 2 on Verdict No. 4, or "Yes" on Question 1 on Verdict No. 5 please answer the questions on this Verdict Form No.7. If not, please leave the questions on this form blank, sign and date Verdict Form No. 7 and return it to Court.*

## QUESTION 1:

What are Plaintiff Steven Arrona's damages?

$_____

## QUESTION 2:

Was the conduct of defendant Porter, Casey, or Tabor malicious, oppressive, or in reckless disregard of Plaintiff Steven Arrona's Fourth Amendment rights?

Sergeant James Porter             YES_____     NO_____

Deputy Sean Tabor                 YES_____     NO_____

Deputy Jeffery Casey              YES_____     NO_____

*If you answered "Yes" to Question 2 for any defendant, please proceed to Question 3. If you answered "No" to Question 2 for any defendants, skip Question 3 and 4 please sign, date, and return Verdict Form No. 7.*

9

JOINT PROPOSED SPECIAL VERDICT FORMS

**QUESTION 3:**

If you answered "yes" to Question 2 for any defendant, what amount of punitive damages to reward against him?

Sergeant James Porter $_____

Deputy Sean Tabor $_____

Deputy Jeffery Casey $_____

*Please sign and date Verdict Form No. 6 and return it the Court.*

Dated: _____. _____
Jury Foreperson

Respectfully submitted,

DATED: July 22, 2022

LAW OFFICES OF JAMES S. TERRELL
LAW OFFICES OF SHARON J. BRUNNER


By _____/s/ *James S. Terrell*_____

    James S. Terrell
    Sharon J. Brunner
    Attorneys for Plaintiff Steven Arrona


DATED: July 22, 2022

TOM BUNTON
County Counsel


By */s/ Heidi K. Williams*
    Heidi K. Williams
    Attorneys for Defendants Sgt. James Porter, Deputy J. Casey, and Deputy Sean Tabor