JAMES S. TERRELL (SBN #170409)
15411 Anacapa Road
Victorville, California 92392
Telephone: (760) 951-5850
Fax: (760) 952-1085
e-mail: jim@talktoterrell.com

SHARON J. BRUNNER, (SBN: 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Fax: (760) 843-8155
e-mail: sharonjbrunner@yahoo.com

Attorneys for Plaintiff

HEIDI K. WILLIAMS (CA State Bar No. 297428)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 N. Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
e-mail: heidi.williams@cc.sbcounty.gov

Attorneys for Defendants
Sgt. James Porter, Deputy J. Casey,
and Deputy Sean Tabor

# IN THE UNITED STATES DISTRCT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN ARRONA and STEVE ARONA

          Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO, SGT. JAMES PORTER, DEPUTY J. CASEY, DEPUTY SEAN TABOR, and DOES 1-10 inclusive,

          Defendants.

Case No. 5:21-cv-00389-DSF-KK

Hon. District Judge Dale S. Fischer

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

**FPTC: July 25, 2022**

**Time: 3:00 p.m.**

**Dept.: 7D**

The parties are pleased to report that, this matter has settled in all respects, including Plaintiff's claims for relief, statutory and bodily injury damages, and reasonable statutory attorney's fees, litigation expenses and costs. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice, but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the meantime, the parties request that the Court vacate the Final Pretrial Conference on July 25, 2022 and trial set for August 23, 2022.

Respectfully submitted,

DATED: July 22, 2022

LAW OFFICES OF JAMES S. TERRELL
LAW OFFICES OF SHARON J. BRUNNER

By _____/s/ *James S. Terrell*_____

James S. Terrell
Sharon J. Brunner
Attorneys for Plaintiff Steven Arrona

DATED: July 22, 2022

TOM BUNTON
County Counsel

By */s/Heidi K. Williams*_____
Heidi K. Williams
Attorneys for Defendants Sgt. James Porter, Deputy J. Casey, and Deputy Sean Tabor

**IT IS SO ORDERED**

Dated:_____          _____
                                United States District Judge
                                The Honorable Dale S. Fischer